FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00460-CV

**MILLSWORTH ENTERPRISES, LLC** and Bo Fontana,
Appellant

v.

**TEXAS FIRST RENTALS, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04865
Honorable Tina Torres, Judge Presiding

# O R D E R

On July 26, 2022, appellant filed with this court a motion for extension of time to file its notice of appeal. That motion was held in abeyance pending the filing of the clerks' record. On September 13, 2022, the clerk's record was filed. The trial court signed an "Order Confirming Arbitration Award Final Judgment" on June 24, 2022. Therefore, appellant's notice of appeal was due on July 25, 2022. On July 26, 2022, appellant filed its notice of appeal and a motion for extension of time to file the notice of appeal. The motion presents a reasonable explanation for the one-day delay in filing the notice of appeal. Therefore, the motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court